IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RODRIGO GONZALEZ,

    Petitioner,

-vs-

BRADLEY J. ROBERT,

    Respondent.                    No. 11-cv-1053-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order Dismissing case (Doc. 26) entered by this Court on December 19, 2013, the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DENIED** and the matter is **DISMISSED with prejudice**.

                              NANCY J. ROSENSTENGEL,
                              CLERK OF COURT

                              BY: s/*Sara Jennings*
                                          **Deputy Clerk**

**DATED:** December 20, 2013

Digitally signed by David R. Herndon
Date: 2013.12.20 12:57:23 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT